**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA LLAMAS-RENDON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GEO SECURE SERVICES, LLC, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:23-cv-01528-RBM-LR<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. 39]** |

On December 31, 2024, Plaintiff Vanessa Llamas-Rendon and Defendant GEO Secure Services, LLC (collectively, the "Parties") filed a Joint Motion to Dismiss ("Joint Motion"). (Doc. 39.) In their Joint Motion, the Parties stipulated "to the dismissal of Plaintiff's Complaint and the entire action, including all causes of action and claims for damages, asserted against all Defendants, with prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(2).[1] (*Id.* at 2.) The Parties also stipulated that each party shall "bear its own attorneys' fees and costs." (*Id.*)

"Rule 41(a)(1)[(A)] allows a plaintiff to 'dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion

---

[1] Although the Parties specify Rule 41(a)(2), Rule 41(a)(1)(A)(ii) appears to be the proper basis for dismissal.

1  for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have
2  appeared.'" *Dougan v. Centerplate, Inc.*, Case No. 22-CV-1496 JLS (SBC), 2023 WL
3  8604152, at *2 (S.D. Cal. Dec. 12, 2023) (citing Fed. R. Civ. P. 41(a)(1)(A)). "Caselaw
4  concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a
5  stipulation of dismissal is effective automatically and does not require judicial approval."
6  *Santos v. Quebecor World Long Term Disability Plan*, Case No. 1:08-CV-565 AWI GSA,
7  2009 WL 3789214, at *1 (E.D. Cal. Nov. 10, 2009) (quotation omitted).

Accordingly, pursuant to Rule 41(a)(1)(A)(ii), the Parties' Joint Motion is **GRANTED**, and this entire action, including all causes of actions and claims for damages, is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATE:  January 6, 2025

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE